JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRUMAINE THOMPSON, | Case No. CV 18-002161 SHK |
|---|---|
| Petitioner, | |
| v. | |
| W.L. MONTGOMERY, Warden, | **JUDGMENT** |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: 1/24/20

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge